2009 OCT 28 PM 1: 21

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 09-**09 01149** |
| ) | |
| Plaintiff, ) | I N D I C T M E N T |
| ) | |
| v. ) | [18 U.S.C. § 371: Conspiracy; |
| ) | 18 U.S.C. §§ 1030(a)(5)(A)(i), |
| ) | (a)(5)(B)(i), (c)(4)(A): |
| BRIAN THOMAS METTENBRINK, ) | Transmission of a Code, |
| ) | Information, Program, or Command |
| Defendant. ) | to a Protected Computer] |
| ) | |

The Grand Jury charges:

**INTRODUCTORY ALLEGATIONS**

At all times relevant to this Indictment:

CHURCH OF SCIENTOLOGY

1.   The Church of Scientology was a worldwide religious organization based on the teachings of L. Ron Hubbard.  The Church of Scientology was headquartered in Los Angeles, California, within the Central District of California.  The Church of Scientology's main website was www.scientology.org.  It maintained other websites, including www.rtc.org, img2.scientology.org, and www.volunteerministers.org.  Before January 17, 2008, the servers

EMS/WLH

for the Church of Scientology's websites were located in Los Angeles, California.

ANONYMOUS

2.    Anonymous was a loosely affiliated group of individuals whose stated purpose, among others, was to oppose the Church of Scientology.  Members of Anonymous styled themselves after the character "V" from the movie "V for Vendetta" and, in videos featuring the group, wore masks designed as a caricature of Guy Fawkes, just as the character in that movie wore.

DDOS ATTACK

3.    DDOS Attack: A distributed denial of service ("DDOS") attack was a type of malicious computer activity in which an attacker caused computers to "flood" a victim computer with large amounts of data or specified computer commands.  A DDOS attack typically rendered the victim computer unable to handle legitimate network traffic and legitimate users were denied the services of the computer.  Depending on the type and intensity of the DDOS attack, the victim computer and its network may have become completely disabled and required significant repair.

///

///

///

## COUNT ONE

### [18 U.S.C. § 371]

### OBJECT OF THE CONSPIRACY

4.    The Grand Jury hereby repeats and re-alleges paragraphs 1 through 3 of this Indictment as if fully set forth herein.

5.    Beginning on or about January 17, 2008, and continuing through on or about January 29, 2008, in Los Angeles County, within the Central District of California, and elsewhere, defendant BRIAN THOMAS METTENBRINK ("defendant METTENBRINK"), together with others known and unknown to the Grand Jury, knowingly combined, conspired, and agreed to transmit a program, information, code, and command, and as a result of such conduct, intentionally cause damage without authorization to a protected computer, in violation of 18 U.S.C. §§ 1030(a)(5)(A)(i), (a)(5)(B)(i), (c)(4)(A).

### THE MANNER AND MEANS OF THE CONSPIRACY

6.    The object of the conspiracy was carried out, and to be carried out, in substance, as follows:

    a.    Purported members of Anonymous decided to launch a DDOS attack against the computers of the Church of Scientology.

    b.    Purported members of Anonymous made the public aware of the intent to launch a DDOS attack against the computers of the Church of Scientology.

    c.    Defendant METTENBRINK and others launched DDOS attacks against the computers of the Church of Scientology.

### OVERT ACTS

7.    In furtherance of the conspiracy, and to accomplish the object of the conspiracy, defendant METTENBRINK, and others known and unknown to the grand jury committed various overt acts within

3

the Central District of California and elsewhere, including the following:

Overt Act No. 1: On or about January 17 and 18, 2008, co-conspirators launched a DDOS attack against the public website for the Church of Scientology, www.scientology.org (as well as other websites affiliated with the Church of Scientology, including www.rtc.org, img2.scientology.org, and www.volunteerministers.org.). The attack resulted in the main website, www.scientology.org, being shut down for approximately 24 hours and caused the Church of Scientology to move their severs to an outside company called 800hosting.

Overt Act No. 2: On or about January 19, 2008, co-conspirators launched another DDOS attack against the public website for the Church of Scientology, www.scientology.org. The attack caused the Church of Scientology to hire an outside company, Prolexic, to help respond to the DDOS attacks.

Overt Act No. 3: On or about January 21, 2008, co-conspirators placed a video on www.youtube.com warning the Church of Scientology that it would be subject to DDOS attacks. The video purported to have been issued on behalf of Anonymous.

Overt Act No. 4: On or before January 24, 2008, defendant METTENBRINK downloaded a DDOS-related program from an Anonymous-related message board on www.4chan.org.

Overt Act No. 5: On or before January 24, 2008, defendant METTENBRINK loaded the program onto his computer located in his dormitory room at Iowa State University in Iowa.

Overt Act No. 6: On or about January 24, 2008, defendant METTENBRINK launched a DDOS attack against the public website for

4

the Church of Scientology, www.scientology.org, from his computer in his dormitory room at Iowa State University.

Overt Act No. 7: On or about January 25, 2008, defendant METTENBRINK launched a DDOS attack against the public website for the Church of Scientology, www.scientology.org, from his computer in his dormitory room at Iowa State University.

Overt Act No. 8: On or about January 26, 2008, defendant METTENBRINK launched a DDOS attack against the public website for the Church of Scientology, www.scientology.org, from his computer in his dormitory room at Iowa State University.

Overt Act No. 9: On or about January 27, 2008, defendant METTENBRINK launched a DDOS attack against the public website for the Church of Scientology, www.scientology.org, from his computer in his dormitory room at Iowa State University.

Overt Act No. 10: On or about January 28, 2008, defendant METTENBRINK launched a DDOS attack against the public website for the Church of Scientology, www.scientology.org, from his computer in his dormitory room at Iowa State University.

Overt Act No. 11: On or about January 29, 2008, defendant METTENBRINK launched a DDOS attack against the public website for the Church of Scientology, www.scientology.org, from his computer in his dormitory room at Iowa State University.

## COUNT TWO

[18 U.S.C. §§ 1030(a)(5)(A)(i), (a)(5)(B)(i), (c)(4)(A)]

8.   The Grand Jury hereby repeats and re-alleges paragraphs 1 through 3 and 7 of this Indictment as if fully set forth herein.

9.   Beginning on or about January 24, 2008, and continuing through on or about January 29, 2008, in Los Angeles County, within the Central District of California, and elsewhere, defendant BRIAN THOMAS METTENBRINK ("defendant METTENBRINK") knowingly transmitted a program, information, code, and command in interstate and foreign commerce, and, as a result of such conduct, intentionally and without authorization caused damage to a protected computer by impairing the integrity and availability of data, a program, a system, and information on a computer system that was used in interstate and foreign commerce, namely, defendant METTENBRINK launched DDOS attacks from Iowa against the protected computers of the Church of Scientology, which was headquartered in Los Angeles,

///

///

///

California, and, as a result of such conduct, caused loss during a one-year period aggregating at least $5,000 in value.

A TRUE BILL

/S/
_____
Foreperson

GEORGE S. CARDONA
Acting United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney
Chief, Cyber and Intellectual Property Crimes Section

MARK C. KRAUSE
Assistant United States Attorney
Deputy Chief, Cyber and Intellectual Property Crimes Section

ERIK M. SILBER
Assistant United States Attorney
Cyber and Intellectual Property Crimes Section