Case Number **CR 09 01149**
U.S.A. v Brian Mettenbrink
☒ Indictment ☐ Information

Defendant Number _____
Date of Birth ██/██/89
Investigative Agency (FBI, DEA, etc.) **FBI**

FILED 2009 OCT -8 PM 1:23

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**

a. Offense charged as a: ☐ Petty Offense
   ☐ Misdemeanor ☐ Minor Offense ☒ Felony
b. Date of Offense: January 17, 2008 to January 29, 2008

c. County in which first offense occurred:
   Los Angeles County
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
       ☒ Los Angeles      ☐ Ventura
       ☐ Orange           ☐ Santa Barbara
       ☐ Riverside        ☐ San Luis Obispo
       ☐ San Bernardino   ☐ Other _____

Citation of offense: **18 U.S.C. Section 371, 18 U.S.C. Section 1030(a)(5)(A)(i), (a)(5)(B)(i), (c)(4)(A)**

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial? ☒ No ☐ Yes
       IF YES Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____
_____

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: _____
       Case Number: _____
       Charging
The Complaint:
   ☐ was dismissed on: _____

**COMPLEX CASE**
   Are there 8 or more defendants in the Indictment/Information?
       ☐ Yes*          ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
       ☐ Yes*          ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

This is the ____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
                N/A

Case Number: _____ N/A _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
       N/A

☐ was previously dismissed on: ____ N/A ____

Are there 8 or more defendants in the superseding case?
       ☐ Yes*          ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
       ☐ Yes*          ☒ No

Was a Notice of Complex Case filed on the Indictment of Information?
       ☐ Yes           ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required: ☐ Yes    ☐ No
IF YES, list language and/or dialect: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**OTHER**
- ☒ Male ☐ Female
- ☒ U.S. Citizen ☐ Alien
- Alien Name(s): _____

This defendant is charged in: ☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 U.S.C. 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 U.S.C. 3166(b)(7).

Is defendant a juvenile: ☐ Yes ☒ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area of substantive law that will be involved in this case includes:
- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☒ Other: __Computer fraud__
- ☐ public corruption
- ☐ tax offenses
- ☐ mail/wire fraud

**CUSTODY STATUS**
Defendant is NOT in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   In the amount of $_____
c. PSA supervision? ☐ Yes ☒ No
d. Is a Fugitive? ☐ Yes ☒ No
e. Is on bail or release from another district: _____

f. ☒ Has not been arrested but will be notified by summons to appear.
g. Warrant requested: ☐ Yes ☒ No

Defendant is IN custody:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal AND
   Name of Court: _____

Date transferred to federal custody: __N/A__

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date: __10/27/09__

_Signature of Assistant U.S. Attorney_

Erik M. Silber
*Print Name*