# Memorandum

FILED



**CR 09 01149**

2009 OCT 28 PM 1:22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY _____

Subj:

United States v. Brian Thomas Mettenbrink

Date:

October 27, 2009

| To: | From: |
|---|---|
| TERRY NAFISI<br>District Court Executive<br>United States District Court<br>Central District of California | ERIK M. SILBER<br>Assistant United States Attorney<br>Criminal Division |

The matter relating to the above-referenced criminal action,

United States v. Brian Thomas Mettenbrink, being filed on October 28, 2009,

    [ ] is

    [X] is not

a matter (1) that was pending in the Organized Crime Section of the USAO on or before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

ERIK M. SILBER
Assistant United States Attorney
Criminal Division