# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 09-01149 GAF | Date | December 14, 2009 |
|---|---|---|---|

**Present: The Honorable** GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE

**Interpreter** N/A

| Renee Fisher | Lisa Gonzalez | Allen Chiu, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder,* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Brian Thomas Mettenbrink | √ | | √ | Kim Savo, DFPD | √ | √ | |

**Proceedings:** PLEA AND TRIAL SETTING (Held and Completed)

    Matter called. Counsel state their appearances for the record. Defendant arraigned and enters a **NOT GUILTY** plea as charged in the Indictment. The matter is set for jury trial on **Tuesday, February 9, 2010** at **8:30 a.m.** A final status conference is set for **Monday**, **February 1, 2010**, at **1:30 p.m.**

    Counsel are **ORDERED** to inform the Court if a resolution occurs.

    Order re Criminal Trial to issue.

    IT IS SO ORDERED.

                                                                                           00   :   02

Initials of Deputy Clerk   rf

cc: Pretrial Services