#2

FILED
2009 DEC 14 PM 2:31
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | CR 09-1149 |
| v. | |
| Brian T. Mettenbrink | DECLARATION RE PASSPORT |
| DEFENDANT. | |

I, **Brian T. Mettenbrink**, declare that
       (Defendant)

☑   I do not currently possess any passport(s). I will not apply for the issuance of a passport during the pendency of this case.

☐   I am unable to locate my passport(s). If I locate any passport issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

☐   My passport is in the possession of federal agents. If my passport is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **14th** day of **December**, 20 **09**
at **Los Angeles, CA**
       (City and state)

_____
Signature of Defendant

If defendant is not an English speaker, include the following:

A.G.   I, ~~Brian Mettenbrink~~, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English into _____ to defendant _____, on this date.

Date: _____                    _____
                                    *Interpreter*

CR-37 (09/09)                DECLARATION RE PASSPORT