## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:09-CR-01149    Recorder: CS 12/14/2009    Date: 12/14/2009

Present: The Honorable Alicia G. Rosenberg, U.S. Magistrate Judge

Court Clerk: Terry R. Baker / VM    Assistant U.S. Attorney: Christopher Pelham

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| BRIAN THOMAS METTENBRINK SUMMONS-PRESENT | KIM SAVO, special appearance by ANGEL NAVARRO DFPD | | |

### Initial Appearance

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

The Court appoints Kim Savo, DFPD, as counsel for all further proceedings for defendant Brian Thomas Mettenbrink.

Financial affidavit is submitted and filed.

Defendant's first appearance.
Bond is ordered in the amount of a $25,000.00 Unsecured Appearance Bond. See attached copy of the bond. Court orders defendant to report to the U.S. Marshal's Office forthwith for processing.

This case is assigned to the calendar of District Judge Gary A. Feess.
    Plea and Setting of all further proceedings this date 12/14/2009 at 1:30 P.M.
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 02
PIA: 00 : 05
Initials of Deputy Clerk: TRB

cc: Statistics Clerk, PSALA USMLA