FILED
2010 JAN 25 PM 2:36
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 09-1149-GAF |
| Plaintiff, | F I R S T |
| v. | S U P E R S E D I N G |
| BRIAN THOMAS METTENBRINK, | I N F O R M A T I O N |
| Defendant. | [18 U.S.C. §§ 1030(a)(5)(A)(iii), (a)(5)(B)(i), (c)(2)(A) (2008): Unauthorized Access Of A Protected Computer] |

The United States Attorney charges:

1. At all times relevant herein, the Church of Scientology ("COS"), which had its administrative headquarters in Los Angeles County, California, operated several websites in interstate and foreign commerce and communication (the "COS websites").

2. Beginning on or about January 24, 2008, and continuing to on or about January 29, 2008, defendant BRIAN THOMAS METTENBRINK ("defendant METTENBRINK"), working in concert with others, knowingly accessed the COS websites without

///

EMS:WLH

1  authorization. Specifically, defendant METTENBRINK downloaded software from an Internet message board allegedly related to an anti-COS group calling itself "Anonymous." Defendant METTENBRINK used that software to access, without authorization, the COS websites at such a high rate that it impaired the integrity and availability of those websites and the computer system where they were hosted, a variation of a distributed denial of service attack, or a "DDOS" attack. Defendant METTENBRINK intended to unlawfully access the COS websites in this manner.

3.  By this conduct, defendant METTENBRINK and the others who participated in the DDOS attack described above caused more than $5,000 in loss to the COS in a one-year period.

GEORGE S. CARDONA
Acting United States Attorney

*/s/ Christine Ewell*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney
Chief, Cyber and Intellectual
Property Crimes Section

MARK C. KRAUSE
Assistant United States Attorney
Deputy Chief, Cyber and
Intellectual Property Crimes
Section

ERIK M. SILBER
Assistant United States Attorney
Cyber and Intellectual Property
Crimes Section