# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

 ORIGINAL

Case Number   09-1149-GAF
U.S.A. v Brian Mettenbrink
☐ Indictment    ☒ Information

Defendant Number _____
Date of Birth    /89
Investigative Agency (FBI, DEA, etc.)  FBI

FILED 2010 JAN 25 PM 2:06 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**NOTE:** All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

### OFFENSE/VENUE

a. Offense charged as a:  ☐ Petty Offense
   ☒ Misdemeanor    ☐ Minor Offense    ☐ Felony
b. Date of Offense: January 24, 2008 to January 29, 2008

c. County in which first offense occurred:
   **Los Angeles County**
d. The crimes charged are alleged to have been committed in:
   CHECK **ALL THAT APPLY**
   ☒ Los Angeles        ☐ Ventura
   ☐ Orange             ☐ Santa Barbara
   ☐ Riverside          ☐ San Luis Obispo
   ☐ San Bernardino     ☐ Other _____

Citation of offense: __18 U.S.C. Section 1030(a)(5)(A)(iii), (a)(5)(B)(i), (c)(2)(A)__

### RELATED CASE
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No    ☐ Yes
     IF YES   Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____
_____

### PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: _____
     Case Number: _____
     Charging
The Complaint:
     ☐ was dismissed on: _____

### COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
     ☐ Yes*    ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
     ☐ Yes*    ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

This is the __1st__ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
   __10/28/09__
Case Number: __09-1149-GAF__

The superseded case:
☒ is still pending before Judge/Magistrate Judge
   Feess
☐ was previously dismissed on: ____N/A____

Are there 8 or more defendants in the superseding case?
     ☐ Yes*    ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
     ☐ Yes*    ☒ No

Was a Notice of Complex Case filed on the Indictment of Information?
     ☐ Yes     ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes    ☐ No
IF YES, list language and/or dialect:
_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**OTHER**
- ☒ Male   ☐ Female
- ☒ U.S. Citizen   ☐ Alien
- Alien Name(s): _____

This defendant is charged in:   ☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 U.S.C. 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 U.S.C. 3166(b)(7).

Is defendant a juvenile:   ☐ Yes   ☒ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:
- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☒ Other:  **Computer fraud**
- ☐ public corruption
- ☐ tax offenses
- ☐ mail/wire fraud

**CUSTODY STATUS**
Defendant is **NOT** in custody:
a. Date and time of arrest on complaint:  N/A
b. Posted bond at complaint level on:  12/14/09
   In the amount of $ 25,000
c. PSA supervision?   ☒ Yes   ☐ No
d. Is a Fugitive?   ☐ Yes   ☒ No
e. Is on bail or release from another district: _____

f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested:   ☐ Yes   ☒ No

Defendant is IN custody:
a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:   ☐ Yes   ☐ No
   IF YES   ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES   ☐ State   ☐ Federal   AND
   Name of Court: _____

Date transferred to federal custody:  N/A

This person/proceeding is transferred from another district pursuant to F.R.CrP.  ___ 20  ___ 21  ___ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date:  1/25/10

_Signature of Assistant U.S. Attorney_

**Erik M. Silber**
*Print Name*