UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 09-1149 GAF | Date | January 26, 2010 |
|---|---|---|---|

| Present: The Honorable | **GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter | N/A |

| Renee Fisher | Lisa Gonzalez - Not Present | Erik M. Silber- Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder,* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Brian Thomas Mattenbrink | Not | | √ | Kim Savo, DFPD | Not | | √ |

**Proceedings:**   (IN CHAMBERS)

The Court sets a change of plea hearing for the above defendant for **THURSDAY, FEBRUARY 4, 2010 at** 9:30 A.M.

The parties are ordered to appear on this date and time.

The Court VACATES the Status Conference set for Monday, February 1, 2010 at 1:30 p.m.

                                                                                                        :

                                                        Initials of Deputy Clerk     rf

cc: USPO