SEAN KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org
KIM SAVO (No. 223197)
Deputy Federal Public Defender
(E-mail: Kim_@fd.org)
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California  90012-4206
Telephone (213) 894-7336
Facsimile (213) 894-0081

Attorneys for Defendant
BRIAN METTENBRINK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>BRIAN METTENBRINK,<br><br>　　　　　Defendant. | NO. CR 09-1149-GAF<br><br>APPLICATION BY DEFENDANT FOR TRAVEL EXPENSES PURSUANT TO 18 U.S.C. § 4285 |

　　　　Defendant, Brian Mettenbrink, through the Office of the Federal Public Defender, hereby applies to this Court for travel expenses pursuant to 18 U.S.C. § 4285, from Omaha, Nebraska to Los Angeles, California, for the entry of a change of plea on February 4, 2010 at 9:30 a.m.

　　　　This application is based upon the attached declaration of counsel.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　SEAN KENNEDY
　　　　　　　　　　　　　　　　Federal Public Defender


DATED:  January 26, 2010　　　By_____/s/_____
　　　　　　　　　　　　　　　　KIM SAVO
　　　　　　　　　　　　　　　　Deputy Federal Public Defender

<u>DECLARATION OF KIM SAVO</u>

I, KIM SAVO, hereby state and declare as follows:

1. The office of the Federal Public Defender has been assigned to represent Brian Mettenbrink in the above-entitled matter.

2. The Court set the change of plea in this matter for February 4, 2010 at 1:30 p.m.

3. I have spoken with Mr. Mettenbrink, and he states that he cannot afford transportation costs to Los Angeles for his court appearance. He also needs an adequate amount of money for subsistence and lodging expenses while he is here. Accordingly, he applies for an order that the U.S. Marshal provide for his transportation and lodging and meals while he is in the Central District to enter his change of plea.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: January 26, 2010         /s/
                                 KIM SAVO
                                 Deputy Federal Public Defender