SEAN KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org
KIM SAVO (No. 223197)
Deputy Federal Public Defender
(E-mail: Kim_@fd.org)
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California  90012-4206
Telephone (213) 894-7336
Facsimile (213) 894-0081

Attorneys for Defendant
BRIAN METTENBRINK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 09-1149-GAF |
|---|---|---|
| Plaintiff, | ) | APPLICATION BY DEFENDANT FOR TRAVEL EXPENSES PURSUANT TO 18 U.S.C. § 4285 |
| v. | ) | |
| BRIAN METTENBRINK, | ) | |
| Defendant. | ) | |

Defendant, Brian Mettenbrink, through the Office of the Federal Public Defender, hereby applies to this Court for travel expenses pursuant to 18 U.S.C. § 4285, from Los Angeles, California to Omaha, Nebraska.  This application is based upon the attached declaration of counsel.

                Respectfully submitted,

                SEAN KENNEDY
                Federal Public Defender

DATED: February 2, 2010      By      /s/
                KIM SAVO
                Deputy Federal Public Defender

## DECLARATION OF KIM SAVO

I, KIM SAVO, hereby state and declare as follows:

1. The office of the Federal Public Defender has been assigned to represent Brian Mettenbrink in the above-entitled matter.

2. The Court set the change of plea in this matter for February 4, 2010 at 1:30 p.m.

3. I have spoken with Mr. Mettenbrink, and he states that he cannot afford transportation costs from Los Angeles back to Omaha, Nebraska after his court appearance. Accordingly, he applies for an order that the U.S. Marshal provide for his transportation back to Omaha, Nebraska, following his court appearance.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: February 2, 2010            /s/
                                   KIM SAVO
                                   Deputy Federal Public Defender