SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
KIM SAVO (No. 223197)
Deputy Federal Public Defender
(E-mail: Kim_Savo@fd.org)
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California  90012-4206
Telephone (213) 894-7336
Facsimile (213) 894-0081

Attorneys for Defendant
BRIAN METTENBRINK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> BRIAN METTENBRINK, </br></br> Defendant. | NO. CR 09-1149-GAF </br></br> [PROPOSED] ORDER FOR TRAVEL EXPENSES |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the United States Marshal furnish to Brian Metternbrink one-way fare for transportation from Los Angeles, California to Omaha, Nebraska following his court appearance on February 4, 2010.

DATED: January __, 2010

_____
HONORABLE GARY A. FEESS
United States District Judge

Presented by:

    /s/
_____
KIM SAVO
Deputy Federal Public Defender