SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org
KIM SAVO (No. 223197)
Deputy Federal Public Defender
(E-mail: Kim_Savo@fd.org)
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California  90012-4206
Telephone (213) 894-7336
Facsimile (213) 894-0081

Attorneys for Defendant
BRIAN METTENBRINK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 09-1149-GAF |
|---|---|---|
| Plaintiff, | ) | ORDER FOR TRAVEL EXPENSES |
| v. | ) | |
| BRIAN METTENBRINK, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the United States Marshal furnish to Brian Metternbrink one-way fare for transportation from Los Angeles, California to Omaha, Nebraska following his court appearance on February 4, 2010.

DATED: February 3, 2010

_____
HONORABLE GARY A. FEESS
United States District Judge

Presented by:

     /s/
_____
KIM SAVO
Deputy Federal Public Defender