# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

| Case No. | CR 09-01149-GAF | Date | February 4, 2010 |
|---|---|---|---|

**Present: The Honorable** GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE

Interpreter   N/A

| Renee Fisher | Lisa Gonzalez | Erik M Silber |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder,* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Brian Thomas Mettenbrink | √ | | √ | Kim Savo, DFPD | √ | | √ |

**Proceedings:**   CHANGE OF PLEA (Held and Completed)

☒   Defendant moves to change plea to the First Superseding Information.

☒   Defendant now enters a new and different plea of Guilty to Count 1 of the First Superseding Information.

☒   The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

☒   The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **May 24, 2010 at 1:30 p.m. for sentencing.**

☒   The Court vacates the jury trial date and status conference date as to this defendant only

☒   Court orders: This matter referred to the U.S. Probation Office for a presentence investigation and preparation of a presentence report..  The report to be disclosed to the defendant thirty (35) days prior to sentencing unless the minimum period is waived.

☒   Other:

|   | 00 | : | 27 |
|---|---|---|---|

Initials of Deputy Clerk    rf

cc:   USPO