SEAN KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org
KIM SAVO (No. 223197)
Deputy Federal Public Defender
(E-mail: Kim_@fd.org)
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California  90012-4206
Telephone (213) 894-7336
Facsimile (213) 894-0081

Attorneys for Defendant
BRIAN METTENBRINK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>BRIAN METTENBRINK,<br><br>            Defendant. | NO. CR 09-1149-GAF<br><br>*EX PARTE* APPLICATION FOR ORDER MODIFYING BOND<br><br><u>UNOPPOSED</u> |

    Defendant, Brian Mettenbrink, through the Office of the Federal Public Defender, applies *ex parte* for an order modifying the conditions of his bond to permit him to travel with his parents to Baton Rouge, Louisiana.

    This application is based upon the attached declaration of counsel.

                                Respectfully submitted,

                                SEAN KENNEDY
                                Federal Public Defender

DATED: February 26, 2010      By_____/s/_____
                                KIM SAVO
                                Deputy Federal Public Defender

# DECLARATION OF KIM SAVO

I, KIM SAVO, hereby state and declare as follows:

1. I am the appointed attorney of record representing Brian Mettenbrink in the above-entitled matter.

2. Mr. Mettenbrink contacted me and stated that he would like to travel with his parents to Baton Rouge, Louisiana between March 21 and March 26, 2010.

3. I spoke by telephone with his supervising Pretrial Services Officer in Omaha, Nebraska, Ms. Lucas. Pretrial Services does not have any objection to Mr. Mettenbrink's travel request.

4. I conferred with Assistant United States Attorney Erik Silber. The government has no objection to Mr. Mettenbrink's request.

5. Mr. Mettenbrink and his parents would be staying at the Crossland Economy Studios in Baton Rouge, Louisiana. If the Court approves his request, he will provide a copy of his flight itinerary to Pretrial Services.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: February 26, 2010        /s/
                                KIM SAVO
                                Deputy Federal Public Defender