SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org
KIM SAVO (No. 223197)
Deputy Federal Public Defender
(E-mail: Kim_Savo@fd.org)
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California  90012-4206
Telephone (213) 894-7336
Facsimile (213) 894-0081

Attorneys for Defendant
BRIAN METTENBRINK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 09-1149-GAF |
|---|---|---|
| Plaintiff, | ) | ORDER MODIFYING CONDITIONS OF BOND |
| v. | ) | |
| BRIAN METTENBRINK, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that defendant Brian Mettenbrink's conditions of bond are modified to permit him to travel to Baton Rouge, Louisiana between March 21 and March 26, 2010.

DATED: February 26, 2010

_____
HONORABLE GARY A. FEESS
United States District Judge

CC: PRETRIAL SERVICES