```
ANDRÉ BIROTTE JR
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
MARK C. KRAUSE
Assistant U.S. Attorney
Deputy Chief, Cyber and Intellectual
Property Crimes Section
California Bar Number: 198142
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3493
     Facsimile: (213) 894-8601
     E-mail:    mark.krause@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 09-1149-GAF |
|---|---|
| Plaintiff, | ) <u>NOTICE OF REASSIGNMENT OF</u> <u>CRIMINAL CASE</u> |
| v. | ) |
| BRIAN THOMAS METTINBRINK, | ) |
| Defendant. | ) |

Plaintiff, United States of America, hereby advises the court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | Name | E-mail Address |
|---|---|---|
| **Previously Assigned AUSAs** | Erik M. Silber | erik.silber@usdoj.gov |
| **Newly Assigned AUSA** | Mark C. Krause | mark.krause@usdoj.gov |

1 | Please make all necessary changes to the court's Case Management/
2 | Electronic Case Filing system to ensure that the newly assigned
3 | AUSA is associated with this case and receives all e-mails
4 | relating to filings in this case.
5 | Dated: April 14, 2010

```
                              Respectfully submitted,

                              ANDRÉ BIROTTE JR
                              United States Attorney

                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division


                                       /s/
                              _____
                              MARK C. KRAUSE
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              United States of America
```