UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 09-1149-GAF | Date | April 15, 2010 |
|---|---|---|---|

| Present: The Honorable | **GARY ALLEN FEESS** |
|---|---|
| Interpreter | None |

| Renee Fisher | None | Erik M. Silber |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Brian Thomas Mettenbrink | | √ | | Kim Savo, FPD | √ | | |

**Proceedings:**     (In Chambers)

On this date the Court has received the Presentence Report from the Probation Department. Sentencing is set for **May 24, 2010.** The Court is advising counsel in this matter that their Sentencing Memoranda, if any, is due to the Court 14 days from today's date. The Probation Officer will then have 14 days to file an Addendum to the Presentence Report if one is deemed necessary.

IT IS SO ORDERED.

_____ : _____
Initials of Deputy Clerk  _____

cc:   Probation Officer