Address: http://www.partyvan.info/index.php/Project_Chanology Go
www.partyfan.info

Remove Scripts Accept Cookies Show Images Show Referer

YOUR AD HERE

Find The Exact Name Of Your Love Soulmate Now!

# Project Chanology

## From Insurgency Wiki

**Warning!**

**This article is being watched actively by non-Anons such as the target**
Do not put sensitive information such as passwords; however, doxs and raid most details are just fine, and messages may be addressed to the lurkers.

Sometime before January 16, 2008; Anonymous decided to spread the message of L. Ron Hubbard(LRH). **PROJECT CHANOLOGY** is a covert plan, the main goal of which is to enlighten the Church of Scientology (CoS) by any means necessary. This will be a game of mental warfare. It will require our talkers, not our hackers; it will require our dedicated Anon across the world to do their part.

To know how **YOU** can help, visit and spread this page: **Project Chanology/Joining**.

*Please place **all** relevent copypasta, information, links, tools, rapidshits, and ideas on the talk page. A w/i/kian will come, check the links, and add it to this page.*

It begins...

## Contents

- 1 History
- 2 Goals
- 3 Why We Fight
- 4 The Plan
  - 4.1 Phase I: They have phones!
    - 4.1.1 Procedures
    - 4.1.2 Targets: America
    - 4.1.3 Targets: United Kingdom
    - 4.1.4 Targets: Australia
    - 4.1.5 Targets: Germany
  - 4.2 Targets: Other

EXHIBIT A

- 4.3 Phase 2: Shell sites
- 4.4 Phase 3: Wait for a C&D
- 4.5 Phase 4: The keylogger
  - 4.5.1 WLAN
  - 4.5.2 No WLAN
  - 4.5.3 Suggested targets
- 4.6 Phase 5: Retrieval
- 4.7 Phase 6: Dissemination
- 5 DDoS
- 6 Files
  - 6.1 Documents
- 7 Other media
- 8 Contacts, Resources, and Lulz
- 9 See Also
- 10 Resources

scientologys closed due to
THETANS
Use for defacing.

# History

After a video interview with Tom Cruise got leaked onto JewTube, Scientology got butthurt and had the video removed. This prompted ebaumsworld to man the harpoons and begin an epic battle against the Scientologists.

lock and lol

# Goals

- Save people from Scientology by reversing the brainwashing
- Cause current Scientologists to doubt their "religion"
- Obtain epic and memorable lulz. Some believe that strong action could result in moar media coverage, which, of course, means epic win.

# Why We Fight

> *Gentlemen, This is what I have been waiting for. Habbo, Fox, The G4 Newfag Flood crisis. Those were all training scenarios. This is what we have been waiting for. This is a battle for justice. Everytime /b/ has gone to war, it has been for our own causes. Now, gentlemen, we are going to fight for something that is right. I say damn those of us who advise against this fight. I say damn those of us who say this is foolish.*
>
> /b/ROTHERS, OUR TIME HAS COME FOR

US TO RISE AS NOT ONLY HEROES OF THE INTERNETS, BUT AS ITS GUARDIANS.

/b/ROTHERS. LET THE DEMONS OF THE INTARWEBS BECOME THE ANGELS THAT SHALL VANQUISH THE EVIL THAT DARE TURN ITS FACE TO US.

/b/ROTHERS....

MAN THE HARPOONS! ”

—Anonymous,

“ *This is what I have been waiting for /b/. All my life has been leading up to this point. I can feel it. Right now, we are preparing to finally fight for something that is worth a damn. All the other battles we have fought have been "training scenarios". Habbo. Fox News. The G4 Newfag fight. Hell, we kept a television show from airing a segment out of fear. However, now we are actually doing something incredible. I am actually tearful right now. I can't believe such heroism had existed*

/b/ROTHERS, PREPARE FOR BATTLE. /b/ROTHERS, NOW IS THE TIME THAT WE ARE NOT ONLY SUPERHEROES OF THE INTERBUTT, BUT NOW WE BECOME IT'S

GUARDIANS. LET THE DEMONS BECOME THE SERAPHS, AND IN ONE FINAL BLOW, STRIKE DOWN THAT WHICH DARE ACT IN THE NAME OF VILLAINY.

/b/ROTHERS...

MAN THE HARPOONS! LET THIS BE THE DAY THAT ANON IS NO LONGER A NAME THAT IS FEARED AND DISGUSTED, BUT RATHER A NAME THAT IS REVERED AND HELD IN RESPECT. LET ANONYMOUS BE A NAME THAT IS SAID WITH A SOLITARY TEAR OF REMEMBRANCE OF PAST GLORY. ”

—Anonymous,

“ *Say this to the sagefags: SHUT THE FUCK UP NAYSAYERS. NOW WE KNOW WHO HIDES BEHIND THE NAME ANONYMOUS AND WHO WEARS IT LIKE A BADGE. NOW WE KNOW WHO IS WILLING TO DO SOMETHING RIGHT FOR ONCE. NOW WE KNOW WHO IS WILLING TO REACH OUT AND GRAB REDEMPTION AND IMMORTALITY WITH TWO HANDS.* ”

—Anonymous,

## The Plan

It's a great plan. Stick to it. **WE ARE IN PHASE I**

> *The wrong thing to do about any given circumstance or situation is to do nothing.*
>
> —L. Ron Hubbard,

## Phase I: They have phones!

### Procedures

- Call numbers in your own country. If you have the money for long-distance and it's too late at night/early in the morning to call around in your own country, use foreign ones as appropriate.
- Rickroll them.
- Ask them why there's a volcano on the cover of Dianetics, and other deep, probing questions about their "beliefs".
- Ask to speak to high-profile Scientologists.
- Just generally bug the hell out of them.
- See Prank calls for a detailed how-to.

Note that calling on your own phone is... *inadvisable*. These are Scientologists; they will have lawyers on your case soon enough. If you read the prank calls article, you will be well-prepared.

### Targets: America

Our first phone target is the Dianetics hotline: **1-800-367-8788**

Secondary targets include local headquarters.

***Known Churches of Scientology in the United States:***

**Arizona Numbers:**

Mesa: 480-833-0610

**California Numbers:**

Los Gatos: 408-249-7400

Los Angeles: 323-953-3200

Mountain View: 650-969-5262

Orange County: 714-544-4577

Pasadena: 626-792-7532 (FAX: 626-792-2531)

Sacramento: 916-448-5891

San Diego: 619-239-2091

San Francisco: 415-864-3940

Stevens Creek: 408-441-6661

Santa Barbara: 805-963-8931

Van Nuys: 818-947-0600

**Colorado Numbers:**

Englewood: 303-789-7668 (FAX: 303-781-9973)

**Connecticut Numbers:**

New Haven: 203-387-7670

**Washington DC:** 202-797-9826

**Florida Numbers:**

Coral Gables: 305-445-7812

Tampa: 813-872-0722

Orlando: 407-895-9917

**Georgia Numbers:**

Dunwoody: 770-522-8983

**Hawaii Numbers:**

Honolulu: 808-545-5804

**Illinois Numbers:**

Chicago: 773-348-7788

**Massachusetts Numbers:**

Boston: 617-266-9500

**Michigan Numbers:**

Battle Creek: 616-965-5203

Farmington Hills: 248-538-4675

**Minnesota Numbers:**

Minneapolis: 612-338-5111

**Missouri Numbers:**

Kansas City: 816-753-6590

University City: 314-727-3747

**New Mexico Numbers:**

Albuquerque: 505-275-8210

**Nevada Numbers:**

Las Vegas(Celeb Center):702-366-0818

Las Vegas (Regular): 702-731-1500

**New York Numbers:**

Buffalo: 716-856-3910

Hicksville: 516-939-2250

New York City(Celeb C.):212-288-1526

New York City (Reg.): 212-921-1210

Harlem: 212-828-1825

**Ohio Numbers:**

Columbus: 614-221-5024

Cincinnati: 513-421-2927

**Oregon Numbers:**

Portland (Celeb C.): 503-228-0116

Portland (Reg.): 503-963-8121

**Pennsylvania:**

Philadelphia: 215-564-1547

Pittsburgh: 412-431-2927

**Puerto Rico (!):** 787-763-5050

**Tennessee Numbers:**

Nashville: 615-320-5550

**Texas Numbers:**

Austin: 512-474-6631

Dallas: 214-572-6600

**Utah Numbers:**

Salt Lake City: 801-485-9992

**Washington Numbers:**

Seattle: 206-284-0604

## Targets: United Kingdom

Here is a list of Scientologist "churches" in the UK. (http://www.partyfan.info/index.php/Project_Chanology?q=aHR0cDovL3d3dy5zY2llbnRvbG9neS5vcmcudWsvbG9jYXRvci9pbmRleC5odG0%3D)

## Targets: Australia

All you Ausfags can be our nightshift, as it were. For everyone in the US: If it is too late for your CoS office to be open, you can always call an Australian one instead.

Church of Scientology, Sydney
201 Castlereagh Street,
Sydney, NSW, 2000
**Tel: 02 9267 6772**
Fax: 02 9261 2840

Email: sydney@scientology.net
Opening hours:
Monday - Friday: 9am - 10pm
Saturday - Sunday: 9am - 6pm

The Church of Scientology of Melbourne
42 Russell Street,
Melbourne, Victoria 3000
**Tel: 03-9654-8655**
E-Mail: melbourne@scientology.net
Web Site: www.scientology-melbourne.org
Open 7 days a week from 9:00am to 11:00pm

The Church Of Scientology, Perth
108 Murray Street, 1st Floor
Perth, Western Australia 6000
**Tel: 08-9221-7686**
E-mail: perth@scientology.net
Webmaster E-mail?: cofspe@tpg.com.au
Fax: (08) 9221 9866
Website: www.scientology-perth.org

The Church Of Scientology of Canberra
Unit 4, 7-11 Botany St
Phillip, A.C.T. 2606
**Tel: (02) 6162-1057**
E-Mail: act@scientology.net
Web Site: www.scientology-canberra.org

Church of Scientology,A.O.S.H. A.N.Z.O
19 - 37 Greek St Glebe 2037
**Tel: (02) 9692 7300**
Fax: (02) 9552 3025
E-Mail: aoshanzo@mail2me.com.au

Church Of Scientology Mission Of Inner West
125 Great North Rd Five Dock 2046
**Tel: (02) 9713 4642**

Church of Scientology Brisbane
FAX: 61-732298602

## Targets: Germany

Scientology Kirche Berlin e.V.
Otto-Suhr-Allee 30
10585 Berlin
**Tel:** +49 - (0)30 - 33 77 80 79 (omit the leading zero if calling internationally)
+49 - (0)30 36 40 76-0
+49 - (0)30 8 51 10 72

Celebrity Centre Scientology Kirche München e.V.
Landshuter Allee 42
80637 München
+49 - (0)89 1 23 60 41 (omit the leading zero if calling internationally)

Scientology Kirche Bayern e.V.
Beichstr. 12
80802 München
+49 - (0)89 33 73 24 (omit the leading zero if calling internationally)
+49 - (0)89 3 86 07-0

Scientology Kirche Deutschland Hubbard Scientology Organisation
Nordendstr. 3
80799 München
+49 - (0)89 27 81 77 32

Celebrity Center Rheinland Scientology Kirche e.V.
Wiesenstr. 134
40549 Düsseldorf
+49 - (0)211 - 38 75 - 0

Scientology Kirche Frankfurt
FAX: 069 230467

Protip: ZOMG!!1! Teh Germanz are thinking about banning Scientology: *BERLIN, Germany (AP) -- Germany's top security officials said Friday they consider the goals of the Church of Scientology to be in conflict with the principles of the nation's constitution and will seek to ban the organization.* Sauce: http://www.cnn.com/2007/WORLD/europe/12/07/germany.scientology.ap/index.html.

## Targets: Other

London, England
FAX: 020-7262-0037

Budapest, Hungary
FAX: 361-321-5295

Tre Laghi, Italy
FAX: 030 3774884

Oslo, Norway
FAX: +47 22 42 46 51

St. Petersburg, Russia
FAX: 7-812-275-33-48

Geneva, Switzerland:
FAX: 022/301.25.52

Lausanne, Switzerland

FAX: 021 3230559

Zürich, Switzerland
FAX: 01 405 91 18

## Phase 2: Shell sites

This is where the richest elite of /b/tards come in. Simply-put, we place all of the known facts of Scientology and its inner workings on shell sites in a repeating flash video (which directly mentions our shell site). Then, we Digg it, email it to the CoS, upload it to YouTube under various names, and upload it to YouPorn and several other places. The Church should quickly take notice.

## Phase 3: Wait for a C&D

By the time the video has circulated around the internet (and possibly been leaked onto news stations like Fox and CNN) the shell site will get a cease-and-desist letter from a Scientology lawyer. This will include the lawyer's name, firm, and phone and fax numbers.

This is where we bring the big guns out. We harass the lawyer and his/her law firm. We call them, fax them Goatse and so on, and complain to her/his boss that she/he is a crack whore/rapist/nigger/whatever.

Scientology will begin to counterattack.

## Phase 4: The keylogger

This is where it all hangs out. This is the climax of everything. This is where the most elite, the ones who actually know what they're talking about, begin their line of work.

Getting into the Church of Scientology's inner system will take more time and effort than just sitting in your basement making crank calls and using SciDbomb. Whoever completes this will be a god in the eyes of Anonymous.

- Find a Scientology church, preferably a small one in a small town, run by only a few people. The next step depends on whether or not the building has a WLAN.

### WLAN

- If the virus protection/firewall is weak enough, find an experienced WLAN hacker and skip to phase 5.

### No WLAN

- Bring along a flash drive with Keylogger in it. Possible ideas for keylogging: USB Hacksaw (http://www.partyfan.info/index.php/Project_Chanology?q=aHR0cDovL2Fub255bS50by9odHRwOi8vd2lraS5oYWs1Lm9yZy93aWtpLy9VU0JfSGFja3Nhdw%3D%3D) and USB Switchblade (http://www.partyfan.info/index.php/Project_Chanology?q=aHR0cDovL2Fub255bS50by9odHRwOi8vd2lraS5oYWs1Lm9yZy93aWtpL1VTQl9Td2l0Y2hibGFkZQ%3D%3D).
- You must do whatever is possible to get behind the front desk. Get someone to make a distraction.
- Sneak to the computer tower under the desk, load the keylogger, and let it sit.
- Walk out.

- Return several days later.
- Using the same distraction technique, get the flash drive and the contents of the keylogger. Make sure you wipe the logger from the computer. They usually have little to no virus protection.
- More than likely, you'll have the username and password for at least one of the employees, and a link that will take you to the database of Scientologists within the area.

### Suggested targets

Church of Scientology, Perth
108 Murray Street (First Floor) Perth, Western Australia

## Phase 5: Retrieval

- Bring a laptop. In order to use their IP, get within range of their wireless network, or find a way to connect to their terrestrial one. Log in with the username and password, or hack their WiFi. It will verify it through your IP.
- Once logged-in, search around for a record of current and former Scientologists in the area (including numbers, addresses, and emails). Download a copy for yourself, and then see if you can destroy/alter the original source.
- Get out as quickly as you can.

## Phase 6: Dissemination

- Bring the list to your main computer. Place it in a rar and embed it into a piece of JB.
- Post the image on /b/ in a new thread. In the text field, paste **"Itty Bitty Baby Boats Farter than Bob"**.
- All Anon will download the image, open the rar, and begin to call the numbers listed. Avoid harrassment, as these are mostly victims of brainwashing. Gently expose them to the anti-propaganda mentioned later on this page.
- Scientology will not be pleased.

# DDoS

You can help by vamping http://anonym.to/http://www.scientology.org. This will not do *much* good, as they are limiting incoming bandwidth. However, it shows them that they are being attacked.

Please also use SciDBomb. Here are some addresses to use:

http://www.scientologytoday.org/subscribe/subscribe_action.vm?action=subscribe&mail=#rand#@lulz.lulz&givenname=#rand#&cacheBreaker=1337 (subscribes to their email newsletter)

http://www.scientology.org/html/en_US/feature/search/index.html?query=#rand#+&index=cos%2Ccos_rtc&go.x=16&go.y=13 (performs a search on their site)

Some #rand#s are already included; figure out how best to modify them yourself.

# Files

### Documents

The new OT levels. (0.28MB) (http://www.partyfan.info/index.php/Project_Chanology?q=aHR0cDovL215ZnJlZWZpbGVob3N0aW5nLmNvbS9mL2M3OWYyZGY1NTlfMC4yOE1C)

OT Levels, L-Rundowns, and more. (30.71MB) (http://www.partyfan.info/index.php/Project_Chanology?q=aHR0cDovL215ZnJlZWZpbGVob3N0aW5nLmNvbS9mLzkwZGVlNGJhNmFfMzAuNzFNQg%3D%3D) (without the complete Dianetics books (4.55MB)) (http://www.partyfan.info/index.php/Project_Chanology?q=aHR0cDovL215ZnJlZWZpbGVob3N0aW5nLmNvbS9mLzc1NmE5YTdlM2VfNC41NU1C) (just the L-rundowns (0.04MB)) (http://www.partyfan.info/index.php/Project_Chanology?q=aHR0cDovL215ZnJlZWZpbGVob3N0aW5nLmNvbS9mL2JhZGZkMWQ2M2ZfMC4wNE1C)

If you're going to print something, these are probably good choices. Unsecured schoolprinters? Print it all. Got a faxnumber to FAUXnews? Anonymously fax em there. Got some time? Read em aloud, or put the text to a song in a video and post it to all the JewTubers. If you don't feel like doing any of this, then upload it everywhere you can. But beware: It is known for a fact that the CoS has gone after people who publicized these, especially the L-rundowns and NOTs.

> “ *Scientology's forces have been flanked, we have won the battle, but the war has just begun...* ”
>
> —Anon,

## Other media

Video: BBC Panorama's "Scientology & Me", a report on how CoS harrasses its critics. (http://www.partyfan.info/index.php/Project_Chanology?q=aHR0cDovL3ZpZGVvLmdvb2dsZS5jb20vdmlkZW9wbGF5P2RvY2lkPS0xMjYyODE4NTM3Nzk2OTA2NT 3D)

MP3: An hour-long, free-to-distribute online radio show (with profanity edited out) that serves as a humorous and educational introduction to Scientology's belief system and history. (6.90MB) (http://www.partyfan.info/index.php/Project_Chanology?q=aHR0cDovL3d3dy5uZXZlci11bmRzLm5ldC9za3RmbXNob3ctMDItMjAwMjAxMjEtMTZrLW9uZWhvdXItY

> “ *WOG: Anyone who rejects the teachings of Scientology and chooses instead to live in the 'Real World (a.k.a. Wog-World).'* ”
>
> —Sean Kennedy (http://www.partyfan.info/index.php/Project_Chanology?q=aHR0cDovL3d3dy5kYXJrYXRsYXMuY29tLw%3D%3D),

## Contacts, Resources, and Lulz

Spam this email: webmaster@scientology.net

Here is an archive of prank calls that have been made. (3.04MB) (http://www.partyfan.info/index.php/Project_Chanology?q=aHR0cDovL3JhcGlkc2hhcmUuY29tL2ZpbGVzLzg0Njg2NTAxL1NjaV9wcmFua3MucmFyLmh0bWw%3D)

## See Also

- Scientology
- Vampire Rape

## Resources

- scientology.org (http://www.partyfan.info/index.php/Project_Chanology?q=aHR0cDovL2Fub255bS50by9odHRwOi8vd3d3LnNjaWVudG9sb2d5Lm9yZy8%3D)
- Scientology War (ytmnd) (http://www.partyfan.info/index.php/Project_Chanology?q=aHR0cDovL3NlY29uZHNjaWVudG9sb2d5d2FyLnl0bW5kLmNvbS8%3D)
- Chanology (ytmnd) (http://www.partyfan.info/index.php/Project_Chanology?q=aHR0cDovL2NoYW5vbG9neS55dG1uZC5jb20v)
- Operation Clambake (http://www.partyfan.info/index.php/Project_Chanology?q=aHR0cDovL2Fub255bS50by9odHRwOi8vd3d3LnhlbnUubmV0Lw%3D%3D)
- Why are they dead, Scientology? (http://www.partyfan.info/index.php/Project_Chanology?q=aHR0cDovL2Fub255bS50by9odHRwOi8vd3d3LndoeWFyZXRoZXlkZWFkLm5ldC8%3D)
- Video of Tom Cruise high on $cientology (http://www.partyfan.info/index.php/Project_Chanology?q=aHR0cDovL3ZpZGVvLmdvb2dsZS5jb20vdmlkZW9wbGF5P2RvY2lkPTE1NTg1MTM4OTA2MjY5N3D)

Retrieved from "http://www.partyvan.info/index.php/Project_Chanology"

Category: Raids

- This page was last modified 05:35, 19 January 2008.
- Content is available under Attribution-Noncommercial-Share Alike 3.0 .

Sign Up | Account | History | Help | Log In | Site:

Home Videos Channels Community

Search

Message to Scientology

Upload

Share Favorite Add to Playlists Flag

Rate: 1381 ratings

Views: 1,155

Comments: 1,020 Favorited: 513 times Honors: 9 Links: 3

Recent Ratings: comohammer deathcru... kingtobo cmacklam

## Also Watching Now (1)

share what you watch

Kaburorne

## Comments & Responses

Video Responses (view all 12 responses)

Post a Video Response

expectop...

coffee30...

coffee30...

coffee30...

Text Comments (1020)

Show: average (-5 or better) Help

Post a text comment

fenda67 (23 seconds ago) Reply 0

[Crutchley29's butthole as sucked in this comment.]

hesucksandstuff (23 seconds ago) Reply 0

You have gone to insults, like always. I bet you are searching the internet now for websites that I have joined, just to bring up and use to try and destroy my credibility.

By posting here, claiming that there is no censorship. You have repeatedly tried to squash the movement, your IP address was

From: ChurchOfScientology
Joined: 8 hours ago
Videos: 1

Subscribe

## About This Video

Hello, Scientology. We are Anonymous.

Over the years, we have been watching you. Your campaigns of misinformation; suppression of dissent; your litigious nature, all of these things have caught our eye. With the leakage of your latest propaganda video into mainstream circulation, the extent of your malign influence over those who trust you, who call you leader, has been made clear to us. Anonymous has therefore decided that your organization should be destroyed. For the good of your followers, for the good of mankind--for the laughs--we shall expel you from the Internet and systematically dismantle the Church of Scientology in its present form. We acknowledge you as a serious opponent, and we are prepared for a long, long campaign. You will not prevail forever against the angry masses of the body politic. Your methods, hypocrisy, and the artlessness of your organization have sounded its death knell.

You cannot hide; we are everywhere.

We cannot die; we are forever. We're getting bigger every day--and solely by the force of our ideas, malicious and hostile as they often are. If you want another name for your opponent, then call us Legion, for we are many.

Yet for all that we are not as monstrous as you are; still our methods are a parallel to your own. Doubtless you will use the Anon's actions as an example of the persecution you have so long warned your followers would come; this is acceptable. In fact, it is encouraged. We are your SPs.

Gradually as we merge our pulse with that of your "Church", the suppression of your followers will become increasingly difficult to maintain. Believers will wake, and see that salvation has no price. They will know that the stress, the frustration that they feel is not something that may be blamed upon Anonymous. No--they will see that it stems from a source far closer to each. Yes, we are SPs. But the sum of suppression we could ever muster is eclipsed by that of the RTC.

Knowledge is free.

We are Anonymous.

We are Legion.

We do not forgive.

WE DO NOT FORGET.

Expect us. (less)

Added: January 21, 2008
Category: Science & Technology
Tags: Scientology tom cruise ebaums message to  god

URL
http://www.youtube.com/watch?v=JCbKv9yiLIQ

Embed customize
<object width="425" height="355"><param name="movie" value="http://www

B

More From: ChurchOfScientology

Related Videos Display:



CHURCH OF SCIENTOLOGY INTERNATIONAL
# INTERNATIONAL LIAISON OFFICE
6331 Hollywood Boulevard Suite 801
Los Angeles, CA 90028-6300

DV # OPS 24447

## Disbursement Voucher

| NAME AND ADDRESS OF CREDITOR | |
|---|---|
| PROLEXIC<br>1930 HARRISON ST<br>HOLLYWOOD, FL 33020 | DATE: 31-Jan-2008<br>Pg 1 of 1<br>WEEK ENDING DATE: 07-Feb-2008<br>PHONE: (954) 620-6002 |

| ITEM DESCRIPTION | PRICE | QUANTITY | AMOUNT |
|---|---|---|---|
| FUNDS FOR PROLEXIC TECHNOLOGIES WABSITE FILTERING Category:61700000 (DISSEMINATION) | 20,000.00 | | 20,000.00 |

P.O. #
AUDIT CAT.
CHECK #6500
BANK ACCOUNT OPS CLD
SALES TAX
SHIPPING
TOTAL 20,000.00
WRITTEN BY ANDREA LATTANZI
RECEIVED BY [signature]

SCIENTOLOGY, the Cross and the SCIENTOLOGY logo are trademarks and service marks owned by Religious Technology Center and are used with its permission. Copyright © 1989 by Church of Scientology International All Rights Reserved

SCIENTOLOGY, the Cross and the SCIENTOLOGY logo are trademarks and service marks owned by Religious Technology Center and are used with its permission. Copyright © 1989 by Church of Scientology International All Rights Reserved

CHURCH OF SCIENTOLOGY INTERNATIONAL
INTERNATIONAL LIAISON OFFICE
6331 Hollywood Blvd., Suite 801, Los Angeles, CA 90028-6300
OPERATIONS ACCOUNT

SCIENTOLOGY
Improving Life in a Troubled World

26500

16-24/1220(7)

PAY **Twenty Thousand and no/100*************************************

PAY TO THE ORDER OF
PROLEXIC
1930 HARRISON ST
HOLLYWOOD, FL 33020

| NUMBER | DATE | AMOUNT |
|---|---|---|
| 26500 | 31-Jan-2008 | ****20,000.00 |

WELLS FARGO BANK
6320 Sunset Blvd., Los Angeles, CA 90028

COPY NOT NEGOTIABLE

FOR DV# OPS 24447

ACCOUNTS FILING

EXHIBIT C

This computer system was developed by INCOMM

⑈026500⑈ ⑆122000247⑆ [illegible]

FD-302 (Rev. 10-6-95)

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription 07/17/2008

BRIAN THOMAS METTENBRINK, date of birth [redacted], was interviewed at his residence. After being advised of the nature of the interview, and the identities of the interviewing Agents, METTENBRINK provided the following information:

METTENBRINK stated that has lived at his current residence for about two months. He stated that a total of six people live in the house. METTENBRINK stated that he is currently looking for a job. Prior to moving to Omaha, METTENBRINK resided with his parents at 2416 Riverside Drive, Grand Island, Nebraska. METTENBRINK recently completed his freshman year at Iowa State University (ISU) where he was majoring in Aerospace Engineering.

METTENBRINK stated that he did not plan to return to ISU and that he planned to enroll locally at Metropolitan Community College in Omaha. METTENBRINK stated that he wasn't returning to ISU because his interest level was low and the out of state tuition was very expensive. METTENBRINK stated that he took out loans to pay for his tuition.

METTENBRINK was asked if he was familiar with the Internet group called ANONYMOUS. METTENBRINK said he has visited some of the same websites as the group's membership. METTENBRINK said the group was made up of people with no real agenda. METTENBRINK stated the group communicated via an image board on the website www.4chan.org. METTENBRINK stated that he hasn't been on the message board in at least five months. METTENBRINK stated the name of the board is "RANDOM". He stated that various subjects were discussed on the board such as computer gear, tech questions, etc.

METTENBRINK was asked about his computer skills. He stated that he is a Microsoft Windows guy and specifically Windows VISTA. He stated that he hates the Linux operating system. METTENBRINK stated that he would often answer technical questions on the message board. METTENBRINK stated that the postings on the message board were all anonymous. METTENBRINK also viewed the website www.7chan.org which he stated is similar in nature to www.4chan.org.

Investigation on 07/17/2008 at Omaha, Nebraska

File [redacted]-30 Date dictated

by SA Justin L. Kolenbrander;jlk
SA Jeffrey D. Tarpinian

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

1

EXHIBIT D

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of BRIAN THOMAS METTENBRINK , On 07/17/2008 , Page 2

METTENBRINK was asked if he communicated with any of the group's members "offline" meaning not on the www.4chan.org website. METTENBRINK stated he did log into the group's IRC channel which he believed was via the irc.4chan.org website. METTENBRINK stated there was nothing going on in the chat room and that there was no password to get into the chat room.

METTENBRINK was asked if other individuals in the house would be able to provide information about the Internet group ANONYMOUS. He stated that house mates REUBEN HOUSER, ALEX MULLEN and ALEX LUTZ have also viewed the ANONYMOUS website.

METTENBRINK stated that there was about seven computers in the house including desktops and laptops. All of the computers are in a common area in the basement of the house. The Internet connection to the house is provided by COX COMMUNICATIONS and is at least a 15 megabyte connection. They are running a wireless network for the laptops and Ethernet to the desktops with the router being located in the living room. METTENBRINK stated that there is no password on the router and that the service is probably in ALEX LUTZ's name.

METTENBRINK was asked again about his frequency of viewing the ANONYMOUS message board or website. He stated that the last time he remembered viewing the website was around New Year's Day 2008. METTENBRINK stated he had been viewing the website for at least three years and that he had just stumbled upon the group on the Internet.

METTENBRINK was asked again about communicating with members of the group. He stated that he had added two individuals affiliated with the group to his IM list. He stated that he had chatted with the two individual via IM every now and then. METTENBRINK later provided a sheet of paper containing contact e-mail addresses for what he described as three individuals affiliated with ANONYMOUS. The e-mail addresses were internet-haet-machine@hotmail.com, teddyweis@gmail.com, and carbonolge@gmail.com.

METTENBRINK was asked if he could provide any information pertaining to the group's stance towards the Church of Scientology (COS). METTENBRINK stated that he knows the group doesn't like the COS. He stated that the group's membership tried to bring down the COS website in about August 2007. METTENBRINK stated that people

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of BRIAN THOMAS METTENBRINK , On 07/17/2008 , Page 3

posted messages on the ANONYMOUS website encouraging people to attack the COS website.

METTENBRINK was aware that the DOS attack on the COS website actually happened. METTENBRINK was asked if he participated in the attack on the website. METTENBRINK stated that "I was involved for a little bit". METTENBRINK initially stated that he did it once and then stopped. METTENBRINK later stated that he participated in the DOS attack at least three times over the course of a weekend.

METTENBRINK stated that he downloaded a program that was posted on the ANONYMOUS message board on www.4chan.org and loaded it on to his desktop computer in his dorm room at ISU. METTENBRINK stated the program, which might have been called ION BLASTER, ran on the Windows operating system. METTENBRINK stated he launched his attacks from his dorm room and that he had a really fast 10 megabyte connection.

METTENBRINK stated he didn't respond to any postings on the website regarding the attack and that he just downloaded the program. METTENBRINK stated he does not know who else participated in the attack. METTENBRINK stated that the desktop computer he used for the attacks is with him at his current residence of 3315 Harney Street.

METTENBRINK was asked if anyone else had access to the desktop computer in his dorm room. METTENBRINK stated no one else had access to the desktop computer. He stated that he did not have a roommate while living at ISU. METTENBRINK was unaware if anyone else on the ISU campus participated in the DOS attacks. METTENBRINK does not know if any of his current roommates participated in any of the attacks on the COS website.

METTENBRINK was asked about the motivation for the attack on the COS website. METTENBRINK stated that the COS beliefs are weird and that it was not about they believe but how they charge people hundreds of dollars to move forward in their religion. METTENBRINK stated that charging people for participating in religion is not what religion is about METTENBRINK stated that participating in the attack was fun, something new and interesting to do.

METTENBRINK was asked if knew that his participation in the attack was a criminal violation. METTENBRINK stated that he

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of BRIAN THOMAS METTENBRINK , On 07/17/2008 , Page 4

know his actions were a criminal violation and illegal but didn't think the FBI would be showing up at his door. METTENBRINK was asked again if anyone had access to the computer in his dorm room at ISU. METTENBRINK stated that he was the only one who had access to his computer at ISU, that he had no roommate and that he locked his dorm room door. METTENBRINK stated he did use a password with his computer.

METTENBRINK was asked about access to his computer now at his current residence. He stated that everyone in the house has access to each other's computers.

METTENBRINK was advised that the investigation has indicated that IP addresses used in the attacks on the COS website traced back to him. METTENBRINK stated that he understood the IP addresses traced back to him. METTENBRINK was asked for his consent to search his desktop computer. METTENBRINK asked if the Agents had a warrant and then refused his consent to search his computer. METTENBRINK stated that he has reformatted the hard drive in the computer several times.

METTENBRINK was asked if has committed any other Internet or computer based attacks beside the DOS on the COS website. METTENBRINK stated that he has not participated in any other attacks. METTENBRINK was asked if he or any of his roommates were involved in any illegal activities such as computer hacking and intrusions, piracy, or child pornography. METTENBRINK stated that neither he or his roommates were involved in any illegal activities. METTENBRINK stated that he has downloaded some music from the Internet but that most of it was Techno which is mostly free to download.

METTENBRINK was asked if he was aware of any other ANONYMOUS activities. METTENBRINK stated that the group also requested that its membership prank the COS phone lines. The group also asked their membership to prank their local GAME STOP stores.

METTENBRINK was again asked if he knew anyone else in the group either online or in real life. METTENBRINK stated that he doesn't know anyone else in the group.

METTENBRINK was asked about his financial status and how he affords his share of the rent. He stated that his parents are helping him out financially and that two of his roommates work at POWERDNN, a local co-location facility. The two individuals are

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of BRIAN THOMAS METTENBRINK , On 07/17/2008 , Page 5

ALEX LUTZ and TORY LNU. METTENBRINK stated that in addition to ALEX LUTZ, TORY LNU and himself, the other occupants of the house are ALEX MULLEN, REUBEN HOUSER and KAYLA(sp?)LNU.

The interview was then terminated. The notes detailing the interview of METTENBRINK, and the sheet of paper containing the three e-mail addresses provided by METTENBRINK, were placed in a 1-A envelope and secured in the case file.