# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

| | | |
|---|---|---|
| Case No. | CR 09-01149-GAF | Date: May 24, 2010 |

Present: The Honorable **GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE**

| Renee Fisher | Lisa Gonzalez | Mark Krause, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

Interpreter: Not Applicable

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Brian Thomas Mettenbrink | √ | | √ | Kim Savo, DFPD | √ | | √ |

**PROCEEDINGS:   SENTENCING AND JUDGMENT HEARING**   ☐ Contested   ☒ Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **X** Refer to separate Judgment Order.

___ Imprisonment for __Years/months__ on each of counts _____
   Count(s) _____ concurrent/consecutive to count(s) _____
   ___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
___ years/months Supervised Release/Probation imposed on count(s) _____
   consecutive/concurrent to count(s) _____
   under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
   ___ Perform _____ hours of community service.
   ___ Serve _____ in a CCC/CTC.
   ___ Pay  $_____ fine amounts & times determined by P/O.
   ___ Make $_____ restitution in amounts & times determined by P/O.
   ___ Participate in a program for treatment of narcotic/alcohol addiction.
   ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
   ___ Other conditions: _____
___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
___ Pay  $_____ per count, special assessment to the United States for a total of  $_____
**X** Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
**X** Defendant informed that he has waived his right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.   ___ Processed statement of reasons.
**X** Bond exonerated   **X** upon surrender   ___ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release   # _____
___ Present bond to continue as bond on appeal.
___ Appeal bond set at   $_____
___ Filed and distributed judgment. ENTERED.
**X** Other  Kendrick L. Moxon, a representative of the victim speaks in Court. The Court recommends that the defendant be designated in a Bureau of Prison facility Yangton, South Dakota

                                                                                             00 : 29
                                                               Initials of Deputy Clerk  rf

cc: